## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**EARL BATES, #43349**                                               **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 3:10-cv-465-DPJ-FKB**

**JOHNNIE DENMARK, Warden**                                          **RESPONDENT**

<u>CERTIFICATE OF APPEALABILITY</u>

    A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

    A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right and has failed to demonstrate that this Court was incorrect in its procedural ruling. *See Hernadez v. Thaler*, 630 F.3d 420, 424 (5th Cir. 2011).

Date: April 18, 2011                    *s/ Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE